Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 7167 | **DATE** | 3/21/2012 |
| **CASE TITLE** | Cheryl Denton-Lawrence vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' oral motion to voluntarily dismiss the action with prejudice is granted. The instant action is hereby ordered dismissed with prejudice. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|